**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| MATTHEW DEARBORN and <br> GEORGE CAPPADONNA, and all others <br> similarly situated <br><br> Plaintiffs, <br><br> vs. <br><br> AIR METHODS CORPORATION and <br> ROCKY MOUNTAIN HOLDINGS, LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:21-cv-00568-RBJ <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Matthew Dearborn and George Cappadonna, and Defendants, Air Methods Corporation and Rocky Mountain Holdings, LLC, by and through their respective counsel, hereby stipulate to the dismissal of the above-entitled action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the May 10, 2022 Settlement Agreement, with each party to bear its own costs and attorneys' fees. The class, as alleged in the litigation, has not been certified pursuant to FRCP 23(e).

Dated May 11, 2022.

-2-

Respectfully submitted,

| | |
|---|---|
| *s/ Matthew J. Smith* | *s/ Richard J. Burke* |
| Matthew J. Smith | Richard J. Burke |
| Jessica J. Smith | Jamie E. Weiss |
| HOLLAND & HART LLP | QUANTUM LEGAL LLC |
| 555 17th Street, Suite 3200 | 2801 Lakeside Drive, Suite 100 |
| Denver, CO 80202 | Bannockburn, IL 60015-1211 |
| Ph: (303) 295-8000 | Ph: (847) 433-4500 |
| mjsmith@hollandhart.com | richard@qulegal.com |
| jjsmith@hollandhart.com | jamie@qulegal.com |
| | |
| *ATTORNEYS FOR DEFENDANTS* | *s/Edward L. White* |
| | Edward L. White, Esq. |
| | EDWARD L. WHITE, P.C. |
| | 829 East 33rd Street |
| | Edmond, OK 73013 |
| | Ph: (405) 810-8188 |
| | ed@edwhitelaw.com |
| | |
| | *s/ Mario A. Pacella* |
| | Mario A. Pacella |
| | STROM LAW FIRM, LLC |
| | 2110 Beltline Blvd. |
| | Columbia, SC 29204 |
| | Ph: (803) 252-4800 |
| | mpacella@stromlaw.com |
| | |
| | *ATTORNEYS FOR PLAINTIFFS* |

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2022, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter.

<em>s/Matthew J. Smith</em>

18801982_v1